AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

HARRELL E. BRANNAN, THOMAS PTACEK,
FORBES ROBERTSON III, and CARMEN
PEARSON, Individually And On Behalf
Of All Others Similarly Situated

V.

E.I. DUPONT DE NEMOURS & COMPANY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06 - 321

TO: (Name and address of Defendant)

E.I. Dupont de Nemours & Company
1007 Market Street
D-4076 Dupont Legal
Wilmington, DE 19898

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

A. Zachary Naylor
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19898

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    5/17/06
CLERK                                              DATE

(By) DEPUTY CLERK  [signature: Monica Mooley]

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE May 18, 2006 |
| NAME OF SERVER (PRINT) Danny P Randolph, Jr. | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1007 Market Street, D-4076 DuPont Legal, Wilmington DE 19898. Copies thereof were accepted by Marie S. Manuel at 12:06 PM

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 18, 2006        *[signature]* Danny P Randolph Jr.
             Date                 Signature of Server

Chimicles & Tikellis LLP
One Rodney Square, PO Box 1035
Wilmington, DE 19899
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.