JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 2 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1733

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE TEFLON PRODUCTS LIABILITY LITIGATION

*Nathan Nahikian v. E.I. DuPont De Nemours & Co.*, D. District of Columbia, C.A. No. 1:06-784
*Harrell E. Brannan, et al. v. E.I. DuPont De Nemours & Co.*, D. Delaware, C.A. No. 1:06-321
*Bonnie Lou Newsome v. E.I. DuPont Nemours & Co.*, S.D. West Virginia, C.A. No. 3:06-344

### CONDITIONAL TRANSFER ORDER (CTO-3)

On February 21, 2006, the Panel transferred 13 civil actions to the United States District Court for the Southern District of Iowa for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, two additional actions have been transferred to the Southern District of Iowa. With the consent of that court, all such actions have been assigned to the Honorable Ronald E. Longstaff.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of Iowa and assigned to Judge Longstaff.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Iowa for the reasons stated in the order of February 21, 2006, 416 F.Supp.2d 1364 (J.P.M.L. 2006), and, with the consent of that court, assigned to the Honorable Ronald E. Longstaff.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Iowa. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Luthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

June 22, 2006

Honorable Ronald E. Longstaff
U.S. District Judge
115 U.S. Courthouse
123 East Walnut Street
Des Moines, IA 50309



06-321

RECEIVED
JUN 26 2006

Re: MDL-1733 -- In re Teflon Products Liability Litigation

(See Attached CTO-3)

Dear Judge Longstaff:

For your information, I am enclosing a copy of a conditional transfer order filed today by the Panel in this matter.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Deputy Clerk

cc: Judge Robert C. Chambers; Judge Joseph J. Farmer, Jr.; Judge Gladys Kessler

JPML Form 39B