# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

July 10, 2006

Marge Krahn, Clerk
P.O. Box 9344
Des Moines, IA 50306-9344

Re: MDL-1733 -- In re Teflon Products Liability Litigation

(See Attached CTO-3)

Dear Ms. Krahn:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on June 22, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _Janisha Spinner_
Deputy Clerk

Attachment

cc: Transferee Judge:  Judge Ronald E. Longstaff
    Transferor Judges: Judge Robert C. Chambers; Judge Joseph J. Farnan, Jr.; Judge Gladys Kessler
    Transferor Clerks: Nancy Mayer-Whittington; Peter T. Dalleo; Teresa Deppner

JPML Form 36

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 2 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1733

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE TEFLON PRODUCTS LIABILITY LITIGATION

*Nathan Nahikian v. E.I. DuPont De Nemours & Co.*, D. District of Columbia, C.A. No. 1:06-784
*Harrell E. Brannan, et al. v. E.I. DuPont De Nemours & Co.*, D. Delaware, C.A. No. 1:06-321
*Bonnie Lou Newsome v. E.I. DuPont Nemours & Co.*, S.D. West Virginia, C.A. No. 3:06-344

**CONDITIONAL TRANSFER ORDER (CTO-3)**

On February 21, 2006, the Panel transferred 13 civil actions to the United States District Court for the Southern District of Iowa for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, two additional actions have been transferred to the Southern District of Iowa. With the consent of that court, all such actions have been assigned to the Honorable Ronald E. Longstaff.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of Iowa and assigned to Judge Longstaff.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Iowa for the reasons stated in the order of February 21, 2006, 416 F.Supp.2d 1364 (J.P.M.L. 2006), and, with the consent of that court, assigned to the Honorable Ronald E. Longstaff.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Iowa. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 1 0 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

INVOLVED COUNSEL LIST (CTO-3)
DOCKET NO. 1733
IN RE TEFLON PRODUCTS LIABILITY LITIGATION

Mila F. Bartos
Finkelstein, Thompson & Loughran
1050 30th Street, N.W.
Duvall Foundry
Washington, DC 20007

David D. Johnson, III
Winter, Johnson & Hill PLLC
500 Virginia St., East
Suite 500
P.O. Box 2187
Charleston, WV 25328

A. Zachary Naylor
Chimicles & Tikellis, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Niall A. Paul
Spilman, Thomas & Battle
P.O. Box 273
Charleston, WV 25321-0273

James C. Peterson
Hill, Peterson, Carper, Bee & Deitzler
North Gate Business Park
500 Tracy Way
Charleston, WV 25311-1555

Gerald J. Rapien
Taft, Stettinius & Hollister
425 Walnut Street
Suite 1800
Cincinnati, OH 45202-3957

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC 20002-8004

OFFICIAL BUSINESS

Peter T. Dalleo, Clerk
J. Caleb Boggs Federal Bldg.
Lockbox 18
844 North King Street
Wilmington, DE 19801-3570



Hasler
016H16502830
Mailed From 20002
07/10/2006
$00.390
US POSTAGE