UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF IOWA
P. O. BOX 9344
DES MOINES, IA. 50306-9344
515-284-6248

July 17, 2006

Peter T. Dalleo
Clerk of Court, USDC
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington DE 19801



FILED
JUL 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

RE:   HARRELL E. BRANNAN et al v. E.I. DuPONT DEMOURS & CO.,
      DISTRICT OF DELAWARE, C.A. NO. 1:06-321
      OUR CASE NO.: 4:06-MD-1733 IN RE: TEFLON PRODUCTS LIABILITY
      LITIGATION

Dear Mr. Dalleo:

Enclosed is a certified copy of the Conditional Transfer Order CTO-3 entered June 22, 2006 by Jeffery N. Luthi, Clerk of the Multidistrict Litigation Panel, transferring the above styled case to the United States District Court for the Southern District of Iowa.

The Honorable Ronald E. Longstaff is the presiding Judge for MDL-1733 and has requested that only the following original documents be forwarded to this office. The complaint or other initiating document, any amendments to the initiating documents, answers, counterclaims, cross-claims, third party complaint and any amendments thereto, all pending motions with their corresponding response and reply and all substantial orders entered by the Court. Also, please forward a certified copy of the docket entries. Thank you for your attention to this matter.

Sincerely,

MARJORIE E. KRAHN
CLERK OF COURT

By: *Lisa Fatino*
Lisa Fatino
Deputy Clerk

A CERTIFIED TRUE COPY

JUL 1 0 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 22 2006

FILED
CLERK'S OFFICE

**DOCKET NO. 1733**

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE TEFLON PRODUCTS LIABILITY LITIGATION*

Nathan Nahikian v. E.I. DuPont De Nemours & Co., D. District of Columbia, C.A. No. 1:06-784
Harrell E. Brannan, et al. v. E.I. DuPont De Nemours & Co., D. Delaware, C.A. No. 1:06-321
Bonnie Lou Newsome v. E.I. DuPont Nemours & Co., S.D. West Virginia, C.A. No. 3:06-344

**CONDITIONAL TRANSFER ORDER (CTO-3)**

On February 21, 2006, the Panel transferred 13 civil actions to the United States District Court for the Southern District of Iowa for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, two additional actions have been transferred to the Southern District of Iowa. With the consent of that court, all such actions have been assigned to the Honorable Ronald E. Longstaff.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of Iowa and assigned to Judge Longstaff.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Iowa for the reasons stated in the order of February 21, 2006, 416 F.Supp.2d 1364 (J.P.M.L. 2006), and, with the consent of that court, assigned to the Honorable Ronald E. Longstaff.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Iowa. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 1 0 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I DO HEREBY ATTEST AND CERTIFY THAT THIS IS A TRUE AND FULL COPY OF THE ORIGINAL.
DATE: 7-17-06
MARJORIE E. KRAHN
CLERK, U.S. DISTRICT COURT
BY:

CLERK, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
P.O. BOX 9344
DES MOINES, IOWA 50306-9344

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

DES MOINES IA 503
17 JUL 2006 PM
PRESORTED
FIRST CLASS

Hasler
$00.390
07/17/2006
Mailed From 50301
00103898

U.S.M.S.
X-RAY

Peter T. Dalleo
Clerk of Court, USDC
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington DE 19801