OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

7/25/06

United States District Court
Southern District of Iowa
P.O. Box 9344
Des Moines IA 50306-9344

    RE: Brannan et al v. E.I. DuPont de Nemours and Company
        06cv321 JJF

Dear Clerk:

    Pursuant to an order transferring the above captioned case to your Court, enclosed please find the following items:

(X)    Certified copy of the docket sheet;
(X)    Certified copy of the Order of Transfer;
( )    Original case file documents (if applicable);

    Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

    Please acknowledge receipt of the above items on the attached copy of this letter.

        Sincerely,

        Peter T. Dalleo, Clerk of Court

        By: _____
             Deputy Clerk

Enc.

**I hereby acknowledge receipt of the above listed items on** _____ .

_____
**Signature**